FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -9  PM 3:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STELLA MANION | CIVIL ACTION |
| VERSUS | NO. 05-2123 |
| JO ANN B. BARNHART | SECTION "D" (3) |

### ORDER

The Court, after considering the Commissioner's motion to dismiss, plaintiff's opposition memorandum/appended exhibit, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion to Dismiss (which was converted to a motion for summary judgment) is DENIED, there being material issues of fact in dispute.

**IT IS FURTHER ORDERED** that plaintiff's request for attorney's fees is DENIED.

New Orleans, Louisiana, this 5 day MAY, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.____